IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE ALFREDO RODRIGUEZ-GARCIA<br>aka REYNALDO ANDINO RIVERA<br><br>    Defendant.<br>_____/ | No. CR 05-0755 EMC<br><br>**SEALING ORDER** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

- ☒ Presentence Report
- ☐ Plea Agreement
- ☐ Statement of Reasons
- ☐ _____ (Other)

**IT IS SO ORDERED.**

Dated: March 9, 2006

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE